AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 09, 2022**

SEAN F. McAVOY, CLERK

JAMES BENJAMIN BARSTAD,
*Plaintiff*

v.

STATE OF WASHINGTON, sued jointly and severally, in personal/private/"Individual" and official/public/de facto/"Person"al capacities, et al.,
*Defendant*

Civil Action No. 4:21-cv-05105-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to File a First Amended Complaint (ECF No. 17) is DENIED.
Defendants' Motion for Summary Judgment (ECF No. 29) is GRANTED.
All claims are DISMISSED WITH PREJUDICE, with all parties to bear their own costs and attorney fees.
Judgment is entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  SALVADOR MENDOZA, JR.

Date: 08/09/2022

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*

Allison Yates